IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-cv-59-M-RN

LORRAYNE MAVROMATIS,                      )
                                          )
           PLAINTIFF                       )
                                          )
                                          )        **<u>NOTICE OF SPECIAL APPEARANCE</u>**
                                          )
                                          )
        **v.**                             )
                                          )
MRBEASTYOUTUBE, LLC AND
GAMECHANGER 24/7, LLC,

        DEFENDANTS

Please take notice that the undersigned Loren B. Donnell hereby enters a notice of special appearance as attorney for Plaintiff Lorrayne Mavromatis in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Rebecca Mayer.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

*/s/ Loren B. Donnell*
_____

Loren B. Donnell
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
ldonnell@vkv.law
Florida Bar. No. 13429

*/s/ Rebecca Mayer*
_____

Rebecca Mayer
The Noble Law Firm PLLC
700 Spring Forest Rd., Suite 205
Raleigh, NC 27609
(919) 736-6381

Fax: (919) 869-2079
bmayer@thenoblelaw.co
m NC Bar. No. 64348
Local Civil Rule 83.1(d)

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, a copy of Notice of Special Appearance of Loren B.

Donnell was served upon the following person(s) by CM/ECF on attorneys of record.

/s/ Loren B. Donnell

Loren B. Donnell
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
ldonnell@vkv.law
Florida Bar. No. 13429

2