IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-cv-59-M-RN

LORRAYNE MAVROMATIS     )
      )
      )
      )
**v.**     )     **<u>NOTICE OF SPECIAL APPEARANCE</u>**
      )
MRBEASTYOUTUBE, LLC AND     )
GAMECHANGER 24/7, LLC     )
      )

Please take notice that the undersigned James A. Vagnini hereby enters a notice of special appearance as attorney for Plaintiff Lorrayne Mavromatis in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Rebecca Mayer.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

*/s/ James A. Vagnini*

James A. Vagnini
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
jvagnini@vkv.law
New York Bar. No. 2958130
Attorney for Plaintiff

*/s/ Rebecca Mayer*

Rebecca Mayer
The Noble Law Firm PLLC
700 Spring Forest Rd., Suite 205
Raleigh, NC 27609
(919) 736-6381
Fax: (919) 869-2079
bmayer@thenoblelaw.com

NC Bar. No. 64348
Local Civil Rule 83.1(d) Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, a copy of Notice of Special Appearance of James A.

Vagnini was served upon the following person(s) by CM/ECF on attorneys of record.

*/s/ James A. Vagnini*

James A. Vagnini
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
jvagnini@vkv.law
New York Bar. No. 2958130
Attorney for Plaintiff

2