| | |
|---|---|
| LORRAYNE MAVROMATIS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MRBEASTYOUTUBE, LLC and | ) |
| GAMECHANGER 24/7, LLC, | ) |
| | ) |
| Defendants | ) |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE AGREED TO SELECTION OF MEDIATOR

Plaintiff Lorrayne Mavromatis ("Plaintiff") and Defendants MrBeastYoutube, LLC, and GameChanger 24/7, LLC (collectively, "the Parties"), by and through their counsel of record, respectfully together move this Court for a five (5) day extension of time to file their Agreed Selection of Mediator. In support of this motion, the Parties state as follows:

1. Pursuant to the Courts Scheduling Order (Dkt. 16), the Parties' Agreed Selection of Mediator is due on July 15, 2026.

2. The Parties conferred in good faith and are actively discussing the selection of an agreed mediator in this matter.

3. The Parties are likely to reach an agreement; however, they respectfully request an extension of five (5) days to continue their discussions and finalize their selection and formally confirm the chosen mediator's availability to serve.

4. This request is made in good faith and not for the purpose of delay. The Parties agree that a mutually agreed to mediator will aid in the opportunity to resolve this matter through settlement.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order extending the deadline for the Parties to file their Joint Selection of Mediator by five (5) days, up to and including July 20, 2026.

Date: July 15, 2026

/s/ Loren B. Donnell
**VALLI KANE & VAGNINI LLP**
Loren B. Donnell
Florida Bar No. 13429
ldonnell@vkv.law
James A. Vagnini
New York Bar No. 2958130
jvagnini@vkv.law
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180

s/ Rebecca Mayer
**THE NOBLE LAW FIRM PLLC**
Rebecca Mayer
NC Bar No. 64348
bmayer@thenoblelaw.com
700 Spring Forest Rd, Suite 205
Raleigh, NC 27609
(919) 251-6008
Fax (919) 869-2079
Local Civil Rule 83.1(d) Attorney for Plaintiff

*Counsel for Plaintiff*

Date: July 15, 2026

/s/ Robert E. Harrington
Robert E. Harrington
N.C. State Bar No. 26967
rharrington@rbh.com

Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@rbh.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

Felicia H. Ellsworth
Admitted *pro hac vice*
Felicia.Ellsworth@wilmerhale.com


John J. Butts
Admitted *pro hac vice*
John.Butts@wilmerhale.com

Thanithia Billings
Admitted *pro hac vice*
Thanithia.Billings@wilmerhale.com

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for MrBeastYouTube, LLC and
GameChanger 24/7, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026 a true and correct copy of the foregoing document was served via electronic email to all counsel of record.

/s/ Loren B. Donnell
Loren B. Donnell