THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-cv-00059-M

| | | |
|---|---|---|
| LORRAYNE MAVROMATIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **AGREED SELECTION OF** |
| v. | ) | **MEDIATOR** |
| | ) | |
| MRBEASTYOUTUBE, LLC and | ) | |
| GAMECHANGER 24/7, LLC, | ) | |
| | ) | |
| Defendants | ) | |

Plaintiff Lorrayne Mavromatis ("Plaintiff") and Defendants MrBeastYoutube, LLC, and

GameChanger 24/7, LLC (collectively, "the Parties") pursuant Local ADR Rule 101.1c(a) and the

Court's Order (Dkt. 18) hereby submit the Parties' Agreed Selection of Mediator. The Parties agree

upon and have selected the following mediator for this case:

Carol A. Wittenberg
JAMS
620 8th Ave, 34th Floor
New York, NY 10018

The Parties certify that mediator Carol Wittenberg has agreed to this selection and is being

served with this Selection of Mediator via electronic mail.

Date:  July 22, 2026

/s/ Loren B. Donnell
**VALLI KANE & VAGNINI LLP**
Loren B. Donnell
Florida Bar No. 13429
Admitted *pro hac vice*
ldonnell@vkv.law
James A. Vagnini
New York Bar No. 2958130
Admitted *pro hac vice*
jav@vkv.law
600 Old Country Road, Suite 519

Garden City, New York 11530
(516) 203-7180

s/ Rebecca Mayer
**THE NOBLE LAW FIRM PLLC**
Rebecca Mayer
NC Bar No. 64348
bmayer@thenoblelaw.com
700 Spring Forest Rd, Suite 205
Raleigh, NC 27609
(919) 251-6008
Fax (919) 869-2079

*Counsel for Plaintiff*

Date:  July 22, 2026

/s/ John J. Butts
J **WILMER CUTLER PICKERING
HALE AND DORR LLP**
ohn J. Butts
Admitted *pro hac vice*
John.Butts@wilmerhale.com
Thanithia Billings
Admitted *pro hac vice*
Thanithia.Billings@wilmerhale.com
Felicia H. Ellsworth
Admitted *pro hac vice*
Felicia.Ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

**ROBINSON, BRADSHAW & HINSON, P.A.**
Robert E. Harrington
N.C. State Bar No. 26967
rharrington@rbh.com
Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@rbh.com
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Counsel for MrBeastYouTube, LLC and
GameChanger 24/7, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2026 a true and correct copy of the foregoing document was served via the Court's electronic filing system to counsel of record and to Carol A. Wittenberg at carolwittenberg@gmail.com.

*/s/ Loren B. Donnell*
Loren B. Donnell

3