IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-cv-59-M-RN

| | | |
|---|---|---|
| LORRAYNE MAVROMATIS<br><br>v.<br><br>MRBEASTYOUTUBE, LLC AND GAMECHANGER 24/7, LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Kellie Hand hereby enters a notice of special appearance as attorney for Plaintiff Lorrayne Mavromatis in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Alexander C. Kelly.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.


/s/ Kellie Hand
Kellie Hand
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
khand@vkv.law
New York Bar. No. 6197552
Attorney for Plaintiff

/s/ Alexander C. Kelly
Alexander C. Kelly
The Noble Law Firm PLLC
111 N Chestnut St., Ste 200-07
Winston-Salem, NC 27101
Facsimile: (919) 736-6381
Telephone: (336) 530-9889
Email: akelly@thenoblelaw.com
NC Bar. No. 49308
Local Civil Rule 83.1(d) Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, a copy of Notice of Special Appearance of Kellie Hand was served upon the following person(s) by CM/ECF on attorneys of record.

*/s/ Kellie Hand*
Kellie Hand
Valli Kane & Vagnini LLP
600 Old Country Rd. Suite 519
Garden City, NY 11530
(516) 203-7180
khand@vkv.law
New York Bar. No. 6197552
Attorney for Plaintiff