**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LORRAYNE MAVROMATIS,** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:26-cv-00059-M-RN** |
| | ) | |
| **MRBEASTYOUTUBE, LLC and GAMECHANGER 24/7, LLC,** | ) | |
| | ) | |
| | ) | |
| ***Defendants*.** | ) | |

**NOTICE OF COMPLETION OF MEDIATION**

Plaintiff Lorrayne Mavromatis ("Plaintiff"), by and through her undersigned counsel, hereby notifies the Court that the Parties have concluded their mediation conferences and Plaintiff intends to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 23, 2026

Respectfully submitted,

*/s/ Loren B. Donnell*

**VALLI KANE & VAGNINI LLP**
Loren B. Donnell
Florida Bar No. 13429
Admitted pro hac vice
ldonnell@vkv.law
James A. Vagnini
New York Bar No. 2958130
Admitted pro hac vice
jav@vkv.law
Kellie Hand
New York Bar No. 6197552
Admitted pro hac vice
khand@vkv.law
600 Old Country Road, Suite 519
Garden City, New York 11530

Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**THE NOBLE LAW FIRM PLLC**
Alexander C. Kelly
N.C. Bar No. 49308
akelly@thenoblelaw.com
111 N. Chestnut St., Ste. 200-07
Winston-Salem, NC 27101
Telephone: (336) 530-9889
Local Civil Rule 83.1(d) Attorney for Plaintiff

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Loren B. Donnell*
Loren B. Donnell